Fill in this information to identify the case:

Debtor 1     Justin D. Leonard

Debtor 2     _____

(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of ARKANSAS

Case number 4:19-bk-11027

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges             12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** CARRINGTON MORTGAGE SERVICES, LLC   **Court claim no**. (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 2998

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice:

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 04/03/2019 | (5) | $300.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 03/08/2019 | (11) | $300.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Justin D. Leonard</u>
Print Name   Middle Name   Last Name

Case number *(if known)* <u>4:19-bk-11027</u>

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Paul Crockett</u>
Signature

Date __04/23/2019__

Print <u>  **Paul Crockett**  </u>
First Name   Middle Name   Last Name

Title <u>Bankruptcy Attorney</u>

Company <u>RAS Crane, LLC</u>

Address <u>10700 Abbott's Bridge Road, Suite 170</u>
Number   Street

<u>Duluth, GA 30097</u>
City   State   ZIP Code

Contact Phone <u>470-321-7112</u>

Email <u>pcrockett@rascrane.com</u>

Official Form 410S2   **Notice of Postpetition Mortgage Fees, Expenses, and Charges**   page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___April 25, 2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JENNIFER M. LANCASTER
THE LANCASTER LAW FIRM
P.O. BOX 1295
BENTON, AR 72018

MARK T. MCCARTY
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 5006
N. LITTLE ROCK, AR 72119-5006

U.S. TRUSTEE (UST)
OFFICE OF THE U.S. TRUSTEE
200 W CAPITOL, STE. 1200
LITTLE ROCK, AR 72201

JUSTIN D. LEONARD
1992 SHELBY DR.
BENTON, AR 72015

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: __/s/ Ben Abaidoo_____
    Ben Abaidoo
    babaidoo@rascrane.com